IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON M. LARA,** *et al.* | : |
| Plaintiffs | : |
| v. | : |
| **COL. ROBERT EVANCHICK,** Commissioner of Pennsylvania State Police | : |
| Defendant | : |

## Exhibit List

**Exhibit A** – Lara PSP Access and Review

**Exhibit B** – Miller PSP Access and Review

**Exhibit C** – Knepley PSP Access and Review

**Exhibit D** – August 18, 2020 (most recent) Opioid Proclamation

**Exhibit E** – August 31, 2020 (most recent) COVID 19 Proclamation