# Exhibit C

(Knepley PSP Access and Review)

# Pennsylvania State Police

1800 Elmerton Avenue
Harrisburg, PA 17110

## Response for Criminal Record Check

**JOSHUA G PRINCE, ESQ**
**646 LENAPE ROAD**
**BECHTELSVILLE PA 19505**

TELEPHONE: (000) 000-0000

ACCESS AND REVIEW

**TO WHOM IT MAY CONCERN:**

**THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:**

**Name:** KNEPLEY, SOPHIA N
**Date of Birth:** ███ 2002
**Social Security #** ███
**Sex:** F
**Race:** Unknown
**Date of Request:** 9/1/2020 12:00:00 AM
**Purpose of Request:** Access & Review

| Maiden Name and/or Alias (1) | (2) |
| --- | --- |
| (3) | (4) |

*** HAS NO CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK BASED ON THE ABOVE IDENTIFIERS - REFER TO CONTROL # M24051407 ***

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

THIS INFORMATION ON THIS CERTIFICATION FORM CAN BE VALIDATED BY ACCESSING THE PENNSYLVANIA ACCESS TO CRIMINAL HISTORY (PATCH) RECORD CHECK STATUS SCREEN (http://epatch.state.pa.us/PATCH/RCStatusSearch.jsp) AND SUBMITTING A STATUS CHECK REQUEST THAT CONTAINS THE FOLLOWING - SUBJECT'S NAME (*EXACTLY AS INITIALLY ENTERED*), CONTROL NUMBER AND DATE OF REQUEST. PATCH WILL FIND AND DISPLAY THE CORRESPONDING RECORD CHECK REQUEST. DETAILS ON THE REQUEST CAN BE VIEWED BY CLICKING ON THE CONTROL NUMBER. YOU WILL BE ABLE TO VERIFY IF THIS REQUEST WAS SENT OUT AS A NO RECORD OR RECORD RESPONSE BY THE PENNSYLVANIA STATE POLICE.

QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PSP HELP DESK AT TELEPHONE NUMBER 1-877-777-3375 FOR INSTATE CALLS OR 1-717-506-3262 OUT OF STATE CALLS.

DISSEMINATED BY: 088014
09/01/2020

CERTIFIED BY:

*[signature]*

**Lt. Earl H. Rhoades**
Director, Criminal Records and Identification Division
Pennsylvania State Police