# Exhibit D

(August 18, 2020 Opioid Proclamation)



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE GOVERNOR

## AMENDMENT TO
## PROCLAMATION OF DISASTER EMERGENCY

### August 18, 2020

WHEREAS, on January 10, 2018, I declared a disaster emergency due to the opioid crisis that is ravaging the country, including the Commonwealth of Pennsylvania and its citizens;

WHEREAS, my Proclamation of Disaster Emergency dated January 10, 2018, was renewed by Amendment to Proclamation of Disaster Emergency (1st Amendment) on April 4, 2018, for an additional ninety days.  The April 4, 2018, 1st Amendment would have automatically expired by operation of law on July 3, 2018, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on June 28, 2018.  The June 28, 2018, Amendment to Proclamation of Disaster Emergency (2nd Amendment) was set to expire by operation of law on September 26, 2018, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on September 24, 2018.  The September 24, 2018, Amendment to Proclamation of Disaster Emergency (3rd Amendment) was set to expire by operation of law on December 23, 2018, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on December 21, 2018.  The December 21, 2018, Amendment to Proclamation of Disaster Emergency (4th Amendment) was set to expire by operation of law on March 21, 2019, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on March 20, 2019.  The March 20, 2019, Amendment to Proclamation of Disaster Emergency (5th Amendment) was set to expire by operation of law on June 18, 2019, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on June 14, 2019.  The June 14, 2019, Amendment to Proclamation of Disaster Emergency (6th Amendment) was set to expire by operation of law on September 12, 2019, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on September 5, 2019.  The September 5, 2019, Amendment to Proclamation of Disaster Emergency (7th Amendment) was set to expire by operation of law on December 4, 2019, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on December 3, 2019.  The December 3, 2019, Amendment to Proclamation of Disaster Emergency (8th Amendment) was set to expire by operation of law on March 2, 2020, unless further extended by my official renewal;

WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on February 25, 2020.  The February 25, 2020, Amendment to

*Proclamation of Disaster Emergency (9th Amendment) was set to expire by operation of law on May 25, 2020, unless further extended by my official renewal;*

*WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on May 22, 2020. The May 22, 2020, Amendment to Proclamation of Disaster Emergency (10th Amendment) is set to expire by operation of law on August 20, 2020, unless further extended by my official renewal;*

*WHEREAS, the opioid crisis continues to be of such magnitude or severity that emergency action is necessary to protect the health, safety and welfare of affected citizens in Pennsylvania;*

*WHEREAS, the opioid crisis continues to be a public health emergency in Pennsylvania contributing to addiction, overdose emergencies and deaths; and*

*WHEREAS, investigations by the Opioid Unified Coordination Group indicate that additional resources of the Commonwealth may be needed to mitigate and contend with the magnitude and severity of this continuing and expanding disaster emergency.*

*NOW THEREFORE, pursuant to the provisions of section 7301(c) of the Emergency Management Services Code, 35 Pa. C.S. § 7301(c), I do hereby order and direct as follows:*

1. *The Proclamation of Disaster Emergency of January 10, 2018, renewed by Amendments to Proclamation of Disaster Emergency dated April 4, 2018, June 28, 2018, September 24, 2018, December 21, 2018, March 20, 2019, June 14, 2019, September 5, 2019, December 3, 2019, February 25, 2020, and May 22, 2020, is renewed for an additional period of ninety days, and shall continue to apply to the Commonwealth of Pennsylvania.*

2. *All directives, authorized actions and provisions of the January 10, 2018, Proclamation of Disaster Emergency, and the April 4, 2018, June 28, 2018, September 24, 2018, December 21, 2018, March 20, 2019, June 14, 2019, September 5, 2019, December 3, 2019, February 25, 2020, and May 22, 2020, Amendments to Proclamation of Disaster Emergency shall remain in full force and effect until either rescinded by me or terminated by operation of law ninety days following the effective date of this Proclamation Amendment.*

3. *This Proclamation Amendment (11th Amendment) shall take effect immediately.*



*GIVEN under my hand and the Seal of the Governor, at the city of Harrisburg, on this eighteenth day of August two thousand twenty, the year of the commonwealth the two hundred and forty-fifth.*

*TOM WOLF*
*Governor*