IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON M. LARA,** *et al.* | : |
| Plaintiffs | : |
| | : Docket No. 2:20-cv-01582 |
| v. | : |
| **COL. ROBERT EVANCHICK,** Commissioner of Pennsylvania State Police | : |
| Defendant | : |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Petitioners Madison M. Lara, Sophia Knepley, Logan D. Miller, Second Amendment Foundation, and Firearms Policy Coalition.

_____
Adam Kraut, Esq.
PA Attorney Id. 318482
Firearms Policy Coalition
1214 K Street, 17th Floor
Sacramento, CA 95814
AKraut@fpclaw.org
916-476-2342