IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION *and* FIREARMS POLICY COALITION, | : : : : : : | No. 20-MC-2025 |
| Plaintiffs | : : : | SEALED CASE |
| v. | : : | |
| COL. ROBERT EVANCHICK, Defendant | : : | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Sr. Deputy Attorney General Scott A. Bradley on behalf of defendant, ***Col. Robert Evanchick*** in connection with the above-captioned case.

                    Respectfully submitted,

                    JOSH SHAPIRO
                    Attorney General

         By:   *s/ Scott A. Bradley*
                    SCOTT A. BRADLEY
**Office of Attorney General**            Senior Deputy Attorney General
**1251 Waterfront Place**            Attorney ID 44627
**Mezzanine Level**
**Pittsburgh, PA 15222**            KAREN M. ROMANO
**Phone: (412) 565-3586**            Chief Deputy Attorney General
                    Civil Litigation Section

sbradley@attorneygeneral.gov
                    **Counsel for Defendant**

**Date:  November 24, 2020**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION *and* FIREARMS POLICY COALITION,<br>　　　　　　　Plaintiffs<br><br>　　　v.<br><br>COL. ROBERT EVANCHICK,<br>　　　　　　　Defendant | No. 20-MC-2025<br><br>SEALED CASE |

## CERTIFICATE OF SERVICE

I, Scott A. Bradley, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 24, 2020, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA U.S. MAIL/ELECTRONIC FILING**

| | |
|---|---|
| **Joshua Prince, Esquire**<br>**Civil Rights Defense Firm, PC**<br>646 Lenape Road<br>Bechtelsville, PA  19505<br>joshua@civilrightsdefensefirm.com<br>*Counsel for Plaintiffs* | **Adam Kraut, Esquire**<br>**Firearms Policy Coalition**<br>1215 K Street, 17th Floor<br>Sacramento, CA  95814<br>akraut@fpclaw.org<br>*Counsel for Plaintiffs* |

　　　　　　　　　　　　　　　　　 *s/ Scott A. Bradley*
　　　　　　　　　　　　　　　　**SCOTT A. BRADLEY**
　　　　　　　　　　　　　　　　Senior Deputy Attorney General