## WAIVER OF SERVICE OF SUMMONS

**TO: Joshua Prince, Esquire:**

I acknowledge receipt of your request that I waive service of a summons in the action of **Madison Lara, et al. v. Evanchick** which is case number **2:2020-cv-01582-LPL** in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **November 9, 2020** (date request was sent), or within 90 days after that date if the request was sent outside the United States.

| | |
|---|---|
| **November 24, 2020** | /s/ Scott A. Bradley |
| Date | Signature |
| | Printed/typed name:  Scott A. Bradley |
| | Title if any:     Sr. Deputy Attorney General |
| | Counsel for:     Defendant, Robert Evanchick |