IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION *and* FIREARMS POLICY COALITION,<br><br>                     **Plaintiffs**<br><br>      v.<br><br>**COL. ROBERT EVANCHICK,**<br>                     **Defendant** | No. 20-MC-2025<br><br>SEALED CASE |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Deputy Attorney General Sarah J. Simkin on behalf of defendant, ***Col. Robert Evanchick*** in connection with the above-captioned case.

                                                            **Respectfully submitted,**

                                                            **JOSH SHAPIRO**
                                                            **Attorney General**

                                    **By:**   *s/ Sarah J. Simkin*
                                                           **SARAH J. SIMKIN**

**Office of Attorney General**          **Deputy Attorney General**
**1251 Waterfront Place**             **Attorney ID 320646**
**Mezzanine Level**
**Pittsburgh, PA 15222**                **KAREN M. ROMANO**
**Phone: (412) 565-3586**            **Chief Deputy Attorney General**
                                                          **Civil Litigation Section**

[ssimkin@attorneygeneral.gov](mailto:ssimkin@attorneygeneral.gov)
                                                         **Counsel for Defendant**

**Date: November 24, 2020**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION *and* FIREARMS POLICY COALITION, | : : : : : : | No. 20-MC-2025 |
| Plaintiffs | : : | SEALED CASE |
| v. | : : : | |
| COL. ROBERT EVANCHICK, | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Sarah J. Simkin, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 24, 2020, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA U.S. MAIL/ELECTRONIC FILING**

| | |
|---|---|
| **Joshua Prince, Esquire** | **Adam Kraut, Esquire** |
| **Civil Rights Defense Firm, PC** | **Firearms Policy Coalition** |
| **646 Lenape Road** | **1215 K Street, 17th Floor** |
| **Bechtelsville, PA  19505** | **Sacramento, CA  95814** |
| joshua@civilrightsdefensefirm.com | akraut@fpclaw.org |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

                          *s/ Sarah J. Simkin*
                          **SARAH J. SIMKIN**
                          Deputy Attorney General