IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, *et al.* : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No. 2:20-cv-01582 |
| : | |
| COL. ROBERT EVANCHICK, : | |
| Commissioner of Pennsylvania : | |
| State Police : | |
| : | |
| Defendant : | |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 7 and 65, Plaintiffs Madison M. Lara, Sophia Knepley, Logan D. Miller, Second Amendment Foundation, and Firearms Policy Coalition, Inc., hereby move for a preliminary injunction.

The undersigned contacted Defendant's counsel regarding Defendant's position on this Motion, but as of the time of filing, has not heard back as to Defendant's position; however, it is believed that Defendant opposes this motion.

Dated: December 1, 2020                            Respectfully submitted,

David H. Thompson*                                  s/ Joshua Prince
Peter A. Patterson*                                 Joshua Prince, Esq.
John D. Ohlendorf*                                  Attorney Id. No. 306521
COOPER & KIRK, PLLC                                 Civil Rights Defense Firm, P.C.
1523 New Hampshire Avenue, N.W.                     646 Lenape Road
Washington, D.C. 20036                              Bechtelsville, PA 19505
(202) 220-9600                                      Joshua@CivilRightsDefenseFirm.com
(202) 220-9601 (fax)                                (888) 202-9297 ext 81114
dthompson@cooperkirk.com                            (610) 400-8439 (fax)

Adam Kraut, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814

(916) 476-2342
akraut@fpclaw.org

\* *Pro hac vice* applications forthcoming

*Attorneys for Plaintiffs*