# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON M. LARA,** *et al.* | : |
| | : |
| Plaintiffs | : |
| | : |
| **v.** | : |
| | : |
| **COL. ROBERT EVANCHICK,** | : |
| Commissioner of Pennsylvania | : |
| State Police | : |
| | : |
| Defendant | : |

## Exhibit List

**Exhibit A** – Lara PSP Access and Review

**Exhibit B** – Miller PSP Access and Review

**Exhibit C** – Knepley PSP Access and Review

**Exhibit D** – August 18, 2020 (most recent) Opioid Proclamation

**Exhibit E** – August 31, 2020 (most recent) COVID 19 Proclamation

# Exhibit A

(Lara PSP Access and Review)

# Pennsylvania State Police

1800 Elmerton Avenue
Harrisburg, PA 17110

# Response for Criminal Record Check

**JOSHUA G PRINCE, ESQ**
**646 LENAPE ROAD**
**BECHTELSVILLE PA 19505**

**TELEPHONE: (000) 000-0000**

**TO WHOM IT MAY CONCERN:**

ACCESS AND REVIEW

**THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:**

**Name:** LARA,MADISON M
**Date of Birth:** ████ 2001
**Social Security #** ████████
**Sex:** F
**Race:** Unknown
**Date of Request:** 1/16/2020 12:00:00 AM
**Purpose of Request:** Access & Review

**Maiden Name and/or Alias (1)**      **(2)**
**(3)**      **(4)**

**\*\*\* HAS NO CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK BASED ON THE ABOVE IDENTIFIERS - REFER TO CONTROL # M22959023\*\*\***

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

THIS INFORMATION ON THIS CERTIFICATION FORM CAN BE VALIDATED BY ACCESSING THE PENNSYLVANIA ACCESS TO CRIMINAL HISTORY (PATCH) RECORD CHECK STATUS SCREEN (http://epatch.state.pa.us/PATCH/RCStatusSearch.jsp) AND SUBMITTING A STATUS CHECK REQUEST THAT CONTAINS THE FOLLOWING - SUBJECT'S NAME (*EXACTLY AS INITIALLY ENTERED*), CONTROL NUMBER AND DATE OF REQUEST. PATCH WILL FIND AND DISPLAY THE CORRESPONDING RECORD CHECK REQUEST. DETAILS ON THE REQUEST CAN BE VIEWED BY CLICKING ON THE CONTROL NUMBER. YOU WILL BE ABLE TO VERIFY IF THIS REQUEST WAS SENT OUT AS A NO RECORD OR RECORD RESPONSE BY THE PENNSYLVANIA STATE POLICE.

QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PSP HELP DESK AT TELEPHONE NUMBER 1-877-777-3375 FOR INSTATE CALLS OR 1-717-506-3262 OUT OF STATE CALLS.

CERTIFIED BY:

DISSEMINATED BY:088014
01/17/2020

*[signature]*

**Lt. Earl H. Rhoades**
Director, Criminal Records and Identification Division
Pennsylvania State Police

# Exhibit B

(Miller PSP Access and Review)

# Pennsylvania State Police

1800 Elmerton Avenue
Harrisburg, PA 17110

# Response for Criminal Record Check

**JOSHUA G PRINCE, ESQ**
**646 LENAPE ROAD**
**BECHTELSVILLE PA 19505**

**TELEPHONE: (000) 000-0000**

**TO WHOM IT MAY CONCERN:**

**THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:**     ACCESS AND REVIEW

**Name:** MILLER,LOGAN D
**Date of Birth:** ████ 2000
**Social Security #** M ████████
**Sex:** M
**Race:** Unknown
**Date of Request:** 1/16/2020 12:00:00 AM
**Purpose of Request:** Access & Review

**Maiden Name and/or Alias (1)**                     **(2)**

**(3)**                     **(4)**

## *** HAS NO CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK BASED ON THE ABOVE IDENTIFIERS - REFER TO CONTROL # M22959014***

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

THIS INFORMATION ON THIS CERTIFICATION FORM CAN BE VALIDATED BY ACCESSING THE PENNSYLVANIA ACCESS TO CRIMINAL HISTORY (PATCH) RECORD CHECK STATUS SCREEN (http://epatch.state.pa.us/PATCH/RCStatusSearch.jsp) AND SUBMITTING A STATUS CHECK REQUEST THAT CONTAINS THE FOLLOWING - SUBJECT'S NAME (*EXACTLY AS INITIALLY ENTERED*), CONTROL NUMBER AND DATE OF REQUEST. PATCH WILL FIND AND DISPLAY THE CORRESPONDING RECORD CHECK REQUEST. DETAILS ON THE REQUEST CAN BE VIEWED BY CLICKING ON THE CONTROL NUMBER. YOU WILL BE ABLE TO VERIFY IF THIS REQUEST WAS SENT OUT AS A NO RECORD OR RECORD RESPONSE BY THE PENNSYLVANIA STATE POLICE.

QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PSP HELP DESK AT TELEPHONE NUMBER 1-877-777-3375 FOR INSTATE CALLS OR 1-717-506-3262 OUT OF STATE CALLS.

**CERTIFIED BY:**

DISSEMINATED BY:088014
01/17/2020

**Lt. Earl H. Rhoades**
Director, Criminal Records and Identification Division
Pennsylvania State Police

# Exhibit C

(Knepley PSP Access and Review)

# Pennsylvania State Police

1800 Elmerton Avenue
Harrisburg, PA 17110

# Response for Criminal Record Check

JOSHUA G PRINCE, ESQ
646 LENAPE ROAD
BECHTELSVILLE PA 19505

TELEPHONE: (000) 000-0000

TO WHOM IT MAY CONCERN:

ACCESS AND REVIEW

THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:

**Name:** KNEPLEY,SOPHIA N
**Date of Birth:** ████ 2002
**Social Security #** ████████
**Sex:** F
**Race:** Unknown
**Date of Request:** 9/1/2020 12:00:00 AM
**Purpose of Request:** Access & Review

Maiden Name and/or Alias (1)                    (2)

                         (3)                            (4)

## *** HAS NO CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK BASED ON THE ABOVE IDENTIFIERS - REFER TO CONTROL # M24051407***

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

THIS INFORMATION ON THIS CERTIFICATION FORM CAN BE VALIDATED BY ACCESSING THE PENNSYLVANIA ACCESS TO CRIMINAL HISTORY (PATCH) RECORD CHECK STATUS SCREEN (http://epatch.state.pa.us/PATCH/RCStatusSearch.jsp) AND SUBMITTING A STATUS CHECK REQUEST THAT CONTAINS THE FOLLOWING - SUBJECT'S NAME (*EXACTLY AS INITIALLY ENTERED*), CONTROL NUMBER AND DATE OF REQUEST. PATCH WILL FIND AND DISPLAY THE CORRESPONDING RECORD CHECK REQUEST. DETAILS ON THE REQUEST CAN BE VIEWED BY CLICKING ON THE CONTROL NUMBER. YOU WILL BE ABLE TO VERIFY IF THIS REQUEST WAS SENT OUT AS A NO RECORD OR RECORD RESPONSE BY THE PENNSYLVANIA STATE POLICE.

QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PSP HELP DESK AT TELEPHONE NUMBER 1-877-777-3375 FOR INSTATE CALLS OR 1-717-506-3262 OUT OF STATE CALLS.

CERTIFIED BY:

DISSEMINATED BY:088014
09/01/2020

**Lt. Earl H. Rhoades**
Director, Criminal Records and Identification Division
Pennsylvania State Police

# Exhibit D

(August 18, 2020 Opioid Proclamation)



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE GOVERNOR

*AMENDMENT TO*
*PROCLAMATION OF DISASTER EMERGENCY*

*August 18, 2020*

**WHEREAS, on January 10, 2018, I declared a disaster emergency due to the opioid crisis that is ravaging the country, including the Commonwealth of Pennsylvania and its citizens;**

**WHEREAS, my Proclamation of Disaster Emergency dated January 10, 2018, was renewed by Amendment to Proclamation of Disaster Emergency (1st Amendment) on April 4, 2018, for an additional ninety days.  The April 4, 2018, 1st Amendment would have automatically expired by operation of law on July 3, 2018, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on June 28, 2018.  The June 28, 2018, Amendment to Proclamation of Disaster Emergency (2nd Amendment) was set to expire by operation of law on September 26, 2018, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on September 24, 2018.  The September 24, 2018, Amendment to Proclamation of Disaster Emergency (3rd Amendment) was set to expire by operation of law on December 23, 2018, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on December 21, 2018.  The December 21, 2018, Amendment to Proclamation of Disaster Emergency (4th Amendment) was set to expire by operation of law on March 21, 2019, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on March 20, 2019.  The March 20, 2019, Amendment to Proclamation of Disaster Emergency (5th Amendment) was set to expire by operation of law on June 18, 2019, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on June 14, 2019.  The June 14, 2019, Amendment to Proclamation of Disaster Emergency (6th Amendment) was set to expire by operation of law on September 12, 2019, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on September 5, 2019.  The September 5, 2019, Amendment to Proclamation of Disaster Emergency (7th Amendment) was set to expire by operation of law on December 4, 2019, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on December 3, 2019.  The December 3, 2019, Amendment to Proclamation of Disaster Emergency (8th Amendment) was set to expire by operation of law on March 2, 2020, unless further extended by my official renewal;**

**WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on February 25, 2020.  The February 25, 2020, Amendment to**

*Proclamation of Disaster Emergency (9th Amendment) was set to expire by operation of law on May 25, 2020, unless further extended by my official renewal;*

*WHEREAS, I renewed the Proclamation of Disaster Emergency for an additional ninety days by official action on May 22, 2020. The May 22, 2020, Amendment to Proclamation of Disaster Emergency (10th Amendment) is set to expire by operation of law on August 20, 2020, unless further extended by my official renewal;*

*WHEREAS, the opioid crisis continues to be of such magnitude or severity that emergency action is necessary to protect the health, safety and welfare of affected citizens in Pennsylvania;*

*WHEREAS, the opioid crisis continues to be a public health emergency in Pennsylvania contributing to addiction, overdose emergencies and deaths; and*

*WHEREAS, investigations by the Opioid Unified Coordination Group indicate that additional resources of the Commonwealth may be needed to mitigate and contend with the magnitude and severity of this continuing and expanding disaster emergency.*

*NOW THEREFORE, pursuant to the provisions of section 7301(c) of the Emergency Management Services Code, 35 Pa. C.S. § 7301(c), I do hereby order and direct as follows:*

1. *The Proclamation of Disaster Emergency of January 10, 2018, renewed by Amendments to Proclamation of Disaster Emergency dated April 4, 2018, June 28, 2018, September 24, 2018, December 21, 2018, March 20, 2019, June 14, 2019, September 5, 2019, December 3, 2019, February 25, 2020, and May 22, 2020, is renewed for an additional period of ninety days, and shall continue to apply to the Commonwealth of Pennsylvania.*

2. *All directives, authorized actions and provisions of the January 10, 2018, Proclamation of Disaster Emergency, and the April 4, 2018, June 28, 2018, September 24, 2018, December 21, 2018, March 20, 2019, June 14, 2019, September 5, 2019, December 3, 2019, February 25, 2020, and May 22, 2020, Amendments to Proclamation of Disaster Emergency shall remain in full force and effect until either rescinded by me or terminated by operation of law ninety days following the effective date of this Proclamation Amendment.*

3. *This Proclamation Amendment (11th Amendment) shall take effect immediately.*



*GIVEN under my hand and the Seal of the Governor, at the city of Harrisburg, on this eighteenth day of August two thousand twenty, the year of the commonwealth the two hundred and forty-fifth.*

**TOM WOLF**
*Governor*

# Exhibit E

(August 31, 2020 COVID 19 Proclamation)



# Commonwealth of Pennsylvania

## Governor's Office

*AMENDMENT TO*
*PROCLAMATION OF DISASTER EMERGENCY*

*August 31, 2020*

WHEREAS, on March 6, 2020, I declared a disaster emergency due to the coronavirus disease 2019 (COVID-19) pandemic that is devastating the country, including the Commonwealth of Pennsylvania and its citizens;

WHEREAS, the March 6, 2020, Proclamation of Disaster Emergency would have automatically expired by operation of law on June 4, 2020, unless further extended by my official action;

WHEREAS, I renewed the Proclamation of Disaster Emergency dated March 6, 2020, by Amendment to Proclamation of Disaster Emergency (1st Amendment) on June 3, 2020, for an additional ninety days;

WHEREAS, the June 3, 2020, Amendment to Proclamation is set to automatically expire by operation of law on September 1, 2020, unless further extended by my official action;

WHEREAS, as of August 31, 2020, 134,025 persons have tested positive or meet the requirements to be considered probable cases for COVID-19 in the Commonwealth in all 67 counties, and 7,495 persons are reported to have died from the virus; and

WHEREAS, the COVID-19 pandemic continues to be of such magnitude or severity that emergency action is necessary to protect the health, safety, and welfare of affected citizens in Pennsylvania.

NOW THEREFORE, pursuant to the provisions of section 7301(c) of the Emergency Management Services Code, 35 Pa. C.S. § 7301(c), I do hereby order and direct as follows:

1. The Proclamation of Disaster Emergency of March 6, 2020, renewed by Amendment to Proclamation of Disaster Emergency dated June 3, 2020, is renewed for a period of ninety days, and shall continue to apply to the Commonwealth of Pennsylvania.

2. All directives, authorized actions, and provisions of the March 6, 2020, Proclamation of Disaster Emergency and June 3, 2020, Amendment to Proclamation shall remain in full force and effect until either rescinded by me or terminated by law.

3. This Proclamation Amendment (2nd Amendment) shall take effect immediately.

GIVEN under my hand and the Seal of the Governor, at the city of Harrisburg, on this thirty-first day of August two thousand twenty, the year of the commonwealth the two hundred and forty-fifth.

*Tom Wolf*

TOM WOLF
Governor