# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON LARA, et al., | |
| Plaintiffs | Case No. - 2:20-cv-01582 |
| v. | |
| COL. ROBERT EVANCHICK | |
| Defendants | |

### Affidavit for Admission Pro Hac Vice of David H. Thompson

David H. Thompson, Esq., respectfully represents as follows:

1. I submit this affidavit in support of my Motion, pursuant to Local 83.2 B of the Local Rules of the United States District Court for the Western District of Pennsylvania.

2. I have read and understand the Court's local rules.

3. I have registered with the Court's ECF System.

4. I am affiliated with Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W. Washington, DC 20036.

5. I am an attorney-at-law admitted to the following State Courts:

    a. New York State Bar, #2701365

    b. District of Columbia Bar, #450503

6. I am a member in good standing the following United States Federal Courts:

1

    a. United States Supreme Court - 1998

    b. United States Court of Appeals for the First Circuit - 2017

    c. United States Court of Appeals for the Second Circuit - 2014

    d. United States Court of Appeals for the Third Circuit - 2004

    e. United States Court of Appeals for the Fourth Circuit - 2002

    f. United States Court of Appeals for the Fifth Circuit - 2009

    g. United States Court of Appeals for the Sixth Circuit - 2007

    h. United States Court of Appeals for the Seventh Circuit - 2012

    i. United States Court of Appeals for the Eighth Circuit - 2017

    j. United States Court of Appeals for the Ninth Circuit– 1997

    k. United States Court of Appeals for the Tenth Circuit - 2014

    l. United States Court of Appeals for the Eleventh Circuit - 2012

    m. United States Court of Appeals for the Federal Circuit - 2000

    n. United States Court of Appeals for the District of Columbia Circuit - 2006

    o. United States District Court for the District of Columbia - 1998

    p. United States District Court for the District of Colorado - 2015

    q. United States Court of Federal Claims - 1996

7. Attached to this affidavit is a Certificate of Good Standing issued by District of Columbia Court of Appeals.

Dated: December 2, 2020 　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　<u>/s/ David H. Thompson</u>
　　　　　　　　　　　　　　　　　　David H. Thompson

# ATTACHMENT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*David H Thompson*

was duly qualified and admitted on April 1, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 1, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.