# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MADISON LARA, et al.,** | : | |
| Plaintiffs | : | Case No. - 2:20-cv-01582 |
| v. | : | |
| **COL. ROBERT EVANCHICK** | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____ 20__, it is hereby **ORDERED** that the Motion of David H. Thompson, Esquire, to practice in this court pursuant to Local Rule 83.2 B is **GRANTED**.

_____
, J.