IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MADISON LARA, et al.,** | : | |
| Plaintiffs | : | Case No. - 2:20-cv-01582 |
| v. | : | |
| **COL. ROBERT EVANCHICK** | : | |
| Defendants | : | |

**Affidavit for Admission Pro Hac Vice of Peter A. Patterson**

Peter A. Patterson, Esq., respectfully represents as follows:

1. I submit this affidavit in support of my Motion, pursuant to Local 83.2 B of the Local Rules of the United States District Court for the Western District of Pennsylvania.

2. I have read and understand the Court's local rules.

3. I have registered with the Court's ECF System.

4. I am affiliated with Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W. Washington, DC 20036.

5. I am an attorney-at-law admitted to the following State Courts:

    a. Ohio State Bar, #00800840

    b. District of Columbia Bar, #998668

6. I am a member in good standing the following United States Federal Courts:

1

      a. United States Supreme Court – 2013

      b. United States Court of Appeals for the First Circuit - 2017

      c. United States Court of Appeals for the Second Circuit - 2014

      d. United States Court of Appeals for the Third Circuit - 2018

      e. United States Court of Appeals for the Fourth Circuit - 2011

      f. United States Court of Appeals for the Fifth Circuit - 2011

      g. United States Court of Appeals for the Sixth Circuit - 2006

      h. United States Court of Appeals for the Seventh Circuit - 2012

      i. United States Court of Appeals for the Eighth Circuit - 2017

      j. United States Court of Appeals for the Ninth Circuit – 2010

      k. United States Court of Appeals for the Tenth Circuit - 2014

      l. United States Court of Appeals for the Eleventh Circuit - 2012

      m. United States Court of Appeals for the Federal Circuit – 2010

      n. United States Court of Appeals for the District of Columbia Circuit – 2014

      o. United States District Court for the Southern District of Ohio - 2010

      p. United States District Court for the District of Columbia – 2013

      q. United States District Court for the District of Colorado – 2015

      r. United States Court of Federal Claims - 2013

7. Attached to this affidavit is a Certificate of Good Standing issued by District of Columbia Court of Appeals.

Dated: December 2, 2020	Respectfully Submitted,

	<u>/s/ Peter A. Patterson</u>
	Peter A. Patterson

# ATTACHMENT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Peter A Patterson*

was duly qualified and admitted on January 7, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 1, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.