# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON LARA, et al.,** : | |
| : | |
| Plaintiffs : | Case No. - 2:20-cv-01582 |
| v. : | |
| : | |
| **COL. ROBERT EVANCHICK** : | |
| : | |
| Defendants : | |

# ORDER

AND NOW, this _____ day of _____ 20__, it is hereby **ORDERED** that the Motion of Peter A. Patterson, Esquire, to practice in this court pursuant to Local Rule 83.2 B is **GRANTED**.

_____
, J.