IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MADISON LARA, et al.,** | : | **MOTION FOR THE ADMISSION *PRO HAC VICE* OF JOHN D. OHLENDORF** |
| Plaintiffs | : | |
| v. | : | |
| **COL. ROBERT EVANCHICK** | : | Case No. - 2:20-cv-01582 |
| Defendants | : | |

John D. Ohlendorf, undersigned counsel for Plaintiffs Madison Lara, Sophia Knepley, Logan Miller, Second Amendment Foundation and Firearms Policy Coalition, Inc., hereby moves that John D. Ohlendorf be admitted to appear and practice in this Court as counsel *pro hac vice* for Plaintiffs and Madison Lara, Sophia Knepley, Logan Miller, Second Amendment Foundation and Firearms Policy Coalition, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of John D. Ohlendorf filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

The undersigned certifies that he has read, knows and understands the Local Rules of this Court.

Dated: December 2, 2020

Respectfully Submitted,

/s/ John D. Ohlendorf
John D. Ohlendorf
(DC BAR ID No. 1024544)
Cooper and Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Tel.: 202-220-9617
johlendorf@cooperkirk.com

*Attorney for Plaintiffs*