# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON LARA, et al.,** : <br> : <br> Plaintiffs : <br> : Case No. - 2:20-cv-01582 <br> v. : <br> : <br> **COL. ROBERT EVANCHICK** : <br> : <br> Defendants : | |

**Affidavit for Admission Pro Hac Vice of John D. Ohlendorf**

John D. Ohlendorf, Esq., respectfully represents as follows:

1. I submit this affidavit in support of my Motion, pursuant to Local 83.2 B of the Local Rules of the United States District Court for the Western District of Pennsylvania.

2. I have read and understand the Court's local rules.

3. I have registered with the Court's ECF System.

4. I am affiliated with Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W. Washington, DC 20036.

5. I am an attorney-at-law admitted to the following State Courts:

    a. Missouri State Bar, #63145

    b. District of Columbia Bar, #1024544

6. I am a member in good standing the following United States Federal Courts:

1

    a. United States Supreme Court – 2018

    b. United States Court of Appeals for the First Circuit - 2017

    c. United States Court of Appeals for the Second Circuit - 2019

    d. United States Court of Appeals for the Third Circuit - 2018

    e. United States Court of Appeals for the Fourth Circuit - 2015

    f. United States Court of Appeals for the Fifth Circuit - 2017

    g. United States Court of Appeals for the Sixth Circuit - 2016

    h. United States Court of Appeals for the Ninth Circuit– 2014

    i. United States Court of Appeals for the Eleventh Circuit - 2018

    j. United States Court of Appeals for the Federal Circuit - 2017

    k. United States Court of Appeals for the District of Columbia Circuit– 2016

    l. United States District Court for the Eastern District of Missouri - 2014

    m. United States District Court for the District of Columbia – 2016

    n. United States Court of Federal Claims - 2015

7. Attached to this affidavit is a Certificate of Good Standing issued by District of Columbia Court of Appeals.

Dated: December 2, 2020        Respectfully Submitted,

                                      /s/ John D. Ohlendorf
                                      John D. Ohlendorf

# ATTACHMENT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *John David Ohlendorf*

was duly qualified and admitted on January 9, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 1, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.