IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MADISON M. LARA, et al, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | Civil Action No.   2:20-cv-01582 |
| v. | ) | |
| | ) | |
| COL. ROBERT EVANCHICK, | ) | |
| *Commissioner of Pennsylvania State Police,* | ) | |
| | ) | |
| Defendant. | ) | |

**TELEPHONE CONFERENCE**
Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Madison M. Lara<br>Sophia Knepley<br>Logan D. Miller<br>Second Amendment Foundation, Inc.<br>Firearms Policy Coalition | Plaintiffs | Joshua Prince<br>Adam Kraut<br>Peter A. Patterson |
| Col. Robert Evanchick | Defendant | Sarah J. Simpkin<br>Scott A. Bradley |

Date:   December 10, 2020 at 3:00 PM

The Court asked if either side intended to present testimony. Neither do. Defendant made an oral motion for an extension of time to respond to the Preliminary Injunction to the same date as the Answer deadline of January 8, 2021. The Court granted this Motion. The Response to the Preliminary Injunction is due January 8, 2021. The Reply is due January 15, 2021. The Response may be up to 30 pages and the Reply 15 pages.

The Court asked if the parties would like to also file cross motions for summary judgment. They would like an opportunity to discuss this. A telephone conference will be set after 1/8/21 to further discuss options.