IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COL. ROBERT EVANCHICK, <br><br> *Defendant*. | Civil Action No. 2:20-cv-1582 <br><br> Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Telephonic Status Conference
DATE HEARING HELD:   December 22, 2020
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiffs: | Appearing for Defendant: |
|---|---|
| Joshua Prince, Esquire | Sarah J. Simkin, Esquire |
| Peter A. Patterson, Esquire | Scott A. Bradley, Esquire |

Hearing began at 9:58 a.m.                           Hearing concluded at 10:08 a.m.

Stenographer:  None

OUTCOME:

Case management order remains in effect.

After briefing is closed, the Court will schedule oral argument.