IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION, INC. and FIREARMS POLICY COALITION, <br><br> Plaintiff, <br><br> vs. <br><br> COL. ROBERT EVANCHICK, <br> Commissioner of Pennsylvania State Police, <br><br> Defendant. | No. 2:20-cv-01582-WSS <br><br> Judge Stickman <br><br><br><br><br><br><br><br><br> *Electronically Filed.* |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2021, upon consideration of the Defendant's Motion to Dismiss heretofore filed, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. **ACCORDINGLY**, Plaintiffs' Complaint [ECF 1] is **HEREBY DISMISSED, WITH PREJUDICE**.

BY THE COURT:

_____
William S. Stickman,
United States District Judge