IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No.: |
| COL. ROBERT EVANCHICK, Commissioner of Pennsylvania State Police, | ) 2:20-cv-01582 |
| *Defendant.* | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Kindly enter the appearance of Jim Davy of All Rise Trial & Appellate as counsel on behalf of proposed *Amici Curiae* Giffords Law Center to Prevent Gun Violence and CeaseFire Pennsylvania Education Fund.

    Respectfully submitted,
/s/ James Davy
Attorney ID:  PA 321631
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
609-273-5008
jimdavy@allriselaw.org

DATE:  January 10, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No.: |
| COL. ROBERT EVANCHICK, Commissioner of Pennsylvania State Police, | ) 2:20-cv-01582 |
| *Defendant.* | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Appearance filed by Jim Davy was served upon all counsel of record via ECF on January 10, 2021.

 

Respectfully submitted,
/s/ James Davy
Attorney ID:  PA 321631
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
609-273-5008
jimdavy@allriselaw.org

DATE:  January 10, 2021