# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **MADISON LARA, et al.,** | : | **MOTION FOR THE** |
|  | : | **ADMISSION *PRO HAC*** |
| Plaintiffs | : | ***VICE* OF HALEY N.** |
| **v.** | : | **PROCTOR** |
|  | : | |
| **COL. ROBERT EVANCHICK,** | : | Case No. - 2:20-cv-01582 |
|  | : | |
| Defendant. | : | |

Haley N. Proctor, undersigned counsel for Plaintiffs Madison Lara, Sophia Knepley, Logan Miller, Second Amendment Foundation and Firearms Policy Coalition, Inc., hereby moves that Haley N. Proctor be admitted to appear and practice in this Court as counsel *pro hac vice* for Plaintiffs Madison Lara, Sophia Knepley, Logan Miller, Second Amendment Foundation and Firearms Policy Coalition, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Haley N. Proctor filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

The undersigned certifies that she has read, knows and understands the

Local Rules of this Court.


Dated: January 12, 2021                    Respectfully Submitted,

                                           /s/ Haley N. Proctor
                                           Haley N. Proctor
                                           (D.C. Bar No. 1028020)
                                           Cooper and Kirk, PLLC
                                           1523 New Hampshire Ave., N.W.
                                           Washington, DC 20036
                                           Tel.: 202-220-9639
                                           hproctor@cooperkirk.com

                                           *Attorney for Plaintiffs*