IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON LARA, et al.,**  Plaintiffs  v.  **COL. ROBERT EVANCHICK,**  Defendant. | Case No. - 2:20-cv-01582 |

**Declaration for Admission Pro Hac Vice of Haley N. Proctor**

Haley N. Proctor respectfully represents as follows:

1. I submit this affidavit in support of my Motion, pursuant to Local 83.2 B of the Local Rules of the United States District Court for the Western District of Pennsylvania.

2. I am a partner of the law firm Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W. Washington, DC 20036.

3. I am an attorney-at-law admitted to the following State Courts:

    a. Virginia State Bar, #84272

    b. District of Columbia Bar, #1028020

    c. Oklahoma State Bar, #34002

4. I am a member in good standing the following United States Federal Courts:

    a. United States Supreme Court – 2017

    b. United States Court of Appeals for the First Circuit – 2018

    c. United States Court of Appeals for the Second Circuit – 2018

    d. United States Court of Appeals for the Third Circuit – 2018

    e. United States Court of Appeals for the Fifth Circuit – 2018

    f. United States Court of Appeals for the Ninth Circuit – 2020

    g. United States District Court for the Eastern District of Virginia – 2016

    h. United States District Court for the Western District of Virginia – 2016

    i. United States District Court for the District of Columbia – 2020

5. Attached to this affidavit is a Certificate of Good Standing issued by District of Columbia Court of Appeals.

6. I have read and understand the Court's local rules.

7. I have registered with the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2021        Respectfully Submitted,

                                    /s/ Haley N. Proctor
                                    Haley N. Proctor

# ATTACHMENT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Haley Proctor*

was duly qualified and admitted on August 10, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 11, 2021.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.