IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, et al., *Plaintiffs*, v. COL. ROBERT EVANCHICK, Commissioner of Pennsylvania State Police, *Defendant*. | Civil Action No.: 2:20-cv-01582 |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**

On January 12, 2021, Giffords Law Center To Prevent Gun Violence and CeaseFire Pennsylvania Education Fund (together, "*Amici*") filed an unopposed motion for leave to file an *amicus curiae* brief (ECF No. __) in support of Defendant's opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 25).

The Court GRANTS this motion and grants leave to *Amici* to file an *amicus curiae* brief.

It is SO ORDERED.

Dated: _____, 2021

Hon. William S. Stickman IV
United States District Judge