IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> COL. ROBERT EVANCHICK, Commissioner of Pennsylvania State Police, <br><br> *Defendant.* | Civil Action No.: <br> 2:20-cv-01582 |

**[~~PROPOSED~~] ORDER GRANTING MOTION
FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**

On January 12, 2021, Giffords Law Center To Prevent Gun Violence and CeaseFire Pennsylvania Education Fund (together, "*Amici*") filed an unopposed motion for leave to file an *amicus curiae* brief (ECF No. __) in support of Defendant's opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 25).

The Court GRANTS this motion and grants leave to *Amici* to file an *amicus curiae* brief.

It is SO ORDERED.

Dated: __1/13/__, 2021

_____
Hon. William S. Stickman IV
United States District Judge