# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON M. LARA et al.**, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 2:20-cv-01582 |
| **COL. ROBERT EVANCHICK**, Commissioner of Pennsylvania State Police | : |
| Defendant. | : |

# ORDER

AND NOW, on this 20th day of January, 2021, upon the Plaintiffs' Motion for Leave to File a Brief in Excess of Twenty Pages ("the Motion") filed by Plaintiffs Madison M. Lara, Sophia Knepley, Logan D. Miller, Second Amendment Foundation, and Firearms Policy Coalition, Inc. against Defendant Colonel Robert Evanchick, the Court finds that Plaintiffs have established that Defendant's Brief in Support of Defendant's Motion to Dismiss Complaint (ECF No. 24) is thirty-six (36) pages long. Briefs in support of dispositive motions should not exceed twenty (20) pages, excluding tables, under this Court's Practices and Procedures, II.C.

**WHEREFORE, IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**, and the Plaintiffs are hereby permitted to file a brief in opposition to Defendant's Motion to Dismiss Complaint (ECF No. 23) that does not exceed thirty-six (36) pages in length.

s/ William S. Stickman IV

Hon. William S. Stickman IV

United States District Judge