IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MADISON M. LARA, *et al*,

    *Plaintiffs*,

v.

COL. ROBERT EVANCHICK,

    *Defendant*.

Civil Action No. 2:20-cv-1582

Hon. William S. Stickman IV

## HEARING MEMO

HEARING HELD:  Telephonic Status Conference
DATE HEARING HELD:   February 10, 2021
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiffs: | Appearing for Defendant: |
|---|---|
| Joshua Prince, Esquire | Scott A. Bradley, Esquire |
| Peter A. Patterson, Esquire | |
| Haley N. Proctor, Esquire | |

Hearing began at 1:30 p.m.                                        Hearing concluded at 1:35 p.m.

Stenographer:  None

OUTCOME:

Status of briefing discussed.

With consensus that the motion for preliminary injunction and the motion to dismiss are both fully briefed, no argument will be scheduled.