IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COL. ROBERT EVANCHICK,<br><br>*Defendant*. | Civil Action No. 2:20-cv-1582<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 16th day of April 2021, IT IS HEREBY ORDERED for the reasons set forth in the Opinion filed this day, the Motion for Preliminary Injunction (ECF No. 11) is DENIED and the Motion to Dismiss (ECF No. 23) is GRANTED. All counts against Defendants are hereby DISMISSED with prejudice. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE