IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MADISON M. LARA, *et al*,

        *Plaintiffs*,

v.

COL. ROBERT EVANCHICK,

        *Defendant*.

Civil Action No. 2:20-cv-1582

Hon. William S. Stickman IV

## ORDER OF COURT

AND NOW, this 16th day of April 2021, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58 judgment is entered in favor of Defendant and against Plaintiffs. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE