IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MADISON M. LARA** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 2:20-cv-01582 |
| | : | |
| **COL. ROBERT EVANCHICK,** | : | Hon. William S. Stickman IV |
| Commissioner of Pennsylvania State Police, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Madison M. Lara, Sophia Knepley, Logan D. Miller, Second Amendment Foundation, and Firearms Policy Coalition, Inc., hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's orders denying Plaintiffs' motion for a preliminary injunction and granting Defendant's motion to dismiss, Doc. 39 at 22–23; Doc. 40, and from the Order of Court entering judgment for Defendant, Doc. 41, all entered on April 16, 2021, closing the case. Copies of those orders are attached hereto as Exhibits A, B, and C.

Dated: April 23, 2021

Joshua Prince, Esq.
Attorney Id. No. 306521
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Joshua@CivilRightsDefenseFirm.com
(888) 202-9297 ext 81114
(610) 400-8439 (fax)

Adam Kraut, Esq.*
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 476-2342
F: (215) 525-4437
akraut@fpclaw.org

Respectfully submitted,

s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
Haley N. Proctor*
John D. Ohlendorf*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Appearing *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

Dated:  April 23, 2021    s/ David H. Thompson
David H. Thompson

*Attorney for Plaintiffs*