# TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

**District Court** Western District of Pennsylvania

**Court of Appeals Docket No.** 21-1832

**District Court Docket No.** 2:20-cv-01582-WSS

Short Case Title Lara v. Evanchick

Date Notice of Appeal Filed by Clerk of District Court April 23, 2021

**Part I.** (To be completed by party responsible for ordering transcript)

A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

X None _____ Unnecessary for appeal purposes.

_____ Already on file in the District Court Clerk's office.

_____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter) (Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

_____ Voir dire          _____ Open Statement of Plaintiff          _____ Opening Statement of Defendant

_____ Closing Argument of Plaintiff          _____ Closing Argument of Defendant

_____ Jury Instructions          _____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

N/A CJA Form submitted to District Court Judge          N/A Motion for Transcript has been submitted to District Court

N/A CJA Form submitted to Court of Appeals          N/A Private Funds

Signature /s/ David H. Thompson          Date 5/7/2021

Print Name David H. Thompson          Counsel for Plaintiffs-Appellants

Address 1523 New Hampshire Ave., N.W., Washington, DC 20036          Telephone 202-220-9600

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

_____ Arrangements for payment were made on _____

_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

_____          _____          _____

**Date**          **Name of Court Report**          **Telephone**

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____          Actual Number of Volumes _____

_____          _____

Date          Signature of Court Reporter