IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK LEE, | : |
| | : Civil Action No. 19-353 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| M. CLARK, MS. HERMIT, LT. SKINNER | : |
| AND JOHN/JANE DOE, | : |
| | : |
| Defendants. | : |

## MOTION TO WITHDRAW ENTRY OF APPEARANCE

AND NOW come the Corrections Defendants, through their counsel, Sarah J. Simkin, Deputy Attorney General, and the Pennsylvania Office of Attorney General, and file the following Motion to Withdraw Entry of Appearance, averring as follows:

1. Undersigned counsel is leaving the Office of Attorney General, and the Corrections Defendants are already represented by other counsel from the Office of Attorney General.

WHEREFORE, Corrections Defendants respectfully request that their Motion be granted and the appearance of Sarah J. Simkin, Esq. be withdrawn for Corrections Defendants.

    Respectfully submitted,

    JOSH SHAPIRO
    Attorney General

    /s/ Sarah J. Simkin
    SARAH J. SIMKIN
    Deputy Attorney General
    Litigation Section

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
August 5, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within document was served upon the following via US Mail

**SMART COMMUNICATIONS/PADOC**
**RODERICK LEE, AS-0487**
**SCI GREENE**
**PO BOX 33028**
**ST. PETERSBURG, FL 33733**

By: /s/ Sarah J. Simkin
Sarah J. Simkin
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

August 5, 2022