IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK LEE, | : |
| | : Civil Action No. 19-353 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| M. CLARK, MS. HERMIT, LT. SKINNER AND JOHN/JANE DOE, | : |
| | : |
| Defendants. | : |

**ORDER OF COURT**

AND NOW, this ___ day of August, 2022, the Corrections Defendants' Motion to Withdraw Appearance for DAG Sarah J. Simkin is granted. Docket Clerk is to terminate DAG Sarah J. Simkin from this case.

_____J.