IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON M. LARA,** *et al.* : | |
| : | |
| Plaintiffs : | |
| : | Docket No. 2:20-cv-01582 |
| v. : | |
| : | |
| **COL. ROBERT EVANCHICK,** : | |
| Commissioner of Pennsylvania : | |
| State Police : | |
| : | |
| Defendant : | |

**Motion to Withdraw as Counsel**

Attorney Adam Kraut respectfully requests this Court's leave to withdraw from representing the Plaintiffs in this matter. Joshua Prince, who is listed on the docket in this matter, remains counsel of record for the Plaintiffs.

    Respectfully submitted,

    /s/ Adam Kraut
    Adam Kraut
    CIVIL RIGHTS DEFENSE FIRM, P.C.
    646 Lenape Road
    Bechtelsville, PA 19505
    Phone: (610) 329-9142
    Email: akraut@civilrightsdefensefirm.com

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Pennsylvania using the CM/ECF Electronic Filing system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished to all participants by and through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2022             s/ Adam Kraut  
                                             Adam Kraut