UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1832
_____

MADISON M. LARA; SOPHIA KNEPLEY; LOGAN D. MILLER; SECOND AMENDMENT FOUNDATION, INC.; FIREARMS POLICY COALITION,
Appellants

v.

COMMISSIONER PENNSYLVANIA STATE POLICE
_____

On Appeal from the United States District Court
For the Western District of Pennsylvania
(D.C. No. 2-20-cv-01582)
District Judge: Honorable William S. Stickman, IV
_____

Argued
June 28, 2023

Before:  JORDAN, RESTREPO and SMITH, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on June 28, 2023.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED that the Judgment of the District Court entered on April 16, 2021, is hereby REVERSED and REMANDED.  All of the above in accordance with the opinion of this Court.  Each party to bear its own costs.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 18, 2024

**Certified as a true copy and issued in lieu of a formal mandate on** April 4, 2024

**Teste:** *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**