IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, *et al*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>COL. ROBERT EVANCHICK,<br><br>        *Defendant*. | Civil Action No. 2:20-cv-1582<br><br>Hon. William S. Stickman IV |

## **ORDER OF COURT**

AND NOW, this **24** day of April 2024, pursuant to the directive of the United States Court of Appeals for the Third Circuit (ECF Nos. 49 and 50), IT IS HEREBY ORDERED that the Commissioner of the Pennsylvania State Police ("Commissioner") is hereby ENJOINED from arresting law-abiding persons 18 to 20 years old who openly carry firearms during a state of emergency declared by the Commonwealth of Pennsylvania. IT IS FURTHER ORDERED that:

1. The Commissioner and his officers, agents, servants, employees, all persons in concert or participation with them, and all who have notice of the injunction, are ENJOINED from enforcing their laws, policies, and practices that prevent Plaintiffs, and those similarly situated between the ages of 18 and 20 years old, who are not disqualified from exercising their Second Amendment rights and wish to acquire a license under 18 Pa.C.S. § 6109, from applying for and being issued such a license.

2. The Commissioner and his officers, agents, servants, employees, all persons in concert or participation with them, and all who have notice of the injunction, are ENJOINED from enforcing 18 Pa.C.S. §§ 6106 and 6107 and their related regulations, policies, enforcement practices, and actions that individually and/or collectively prevent any

individual between the ages of 18 and 20 years old, who are not disqualified from exercising their Second Amendment rights from carrying loaded, operable firearms, including handguns, on their person, in public and in their vehicles, for all lawful purposes including self-defense.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE
