IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION, INC. and FIREARMS POLICY COALITION,<br><br>Plaintiff,<br><br>vs.<br><br>COL. ROBERT EVANCHICK, Commissioner of Pennsylvania State Police,<br><br>Defendant. | No. 2:20-cv-01582-WSS<br><br>Judge Stickman<br><br><br><br><br><br><br><br>*Electronically Filed.* |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's Emergency Motion to Alter or Amend Judgment under Fed. R.Civ. P. 59(e) or, in the Alternative, Motion for Reconsideration under Fed. R.Civ. P. 60(b) heretofore filed, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. **ACCORDINGLY**, the Order of Court [ECF 51] is **HEREBY AMENDED** to read as follows: The Commissioner of the Pennsylvania State Police is hereby enjoined from arresting law-abiding 18-to-20-year-olds who openly carry firearms during a state of emergency declared by the Commonwealth under 18 Pa.C.S. § 6107.

BY THE COURT:

_____
William S. Stickman,
United States District Judge