## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION, INC. and FIREARMS POLICY COALITION,<br><br>Plaintiff,<br><br>vs.<br><br>COL. ROBERT EVANCHICK,<br>Commissioner of Pennsylvania State Police,<br><br>Defendant. | No. 2:20-cv-01582-WSS<br><br>Judge Stickman<br><br><br><br><br><br><br><br>*Electronically Filed.* |

### CERTIFICATE OF SERVICE

I hereby certify that this 26th day of April, 2024, I caused to be served a true and correct copy of the foregoing document titled ***EMERGENCY MOTION TO ALTER OR AMEND JUDGMENT UNDER Fed. R.Civ. P. 59(e) OR, IN THE ALTERNATIVE, MOTION FOR RECONSIDERATION UNDER Fed. R.Civ. P. 60(b)*** to the following via ECF filing:

Joshua Prince, Esquire
Prince Law Offices, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
Email: joshua@princelaw.com

David H. Thompson, Esquire
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Email: dthompson@cooperkirk.com

Haley N. Proctor, Esquire
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Email: hproctor@cooperkirk.com


Case 2:20-cv-01582-WSS Document 53-2 Filed 04/26/24 Page 2 of 2

2

John D. Ohlendorf, Esquire
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Email: johlendorf@cooperkirk.com

Peter A. Patterson, Esquire
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Email: ppatterson@cooperkirk.com

|  |  |
|---|---|
| Office of Attorney General<br>Litigation Section<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>Phone: (412) 565-3586<br>Fax:     (412) 565-3019 | /s/ Scott A. Bradley<br>Scott A. Bradley<br>Senior Deputy Attorney General<br>Attorney I.D. No. 44627<br><br>Nicole R. DiTomo<br>Chief Deputy Attorney General |

2