IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON M. LARA,** *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> **COL. ROBERT EVANCHICK,** <br> Commissioner of Pennsylvania State Police, <br><br> Defendant. | Civil Action No. 2:20-cv-01582 |

## PROPOSED ORDER

AND NOW, this ____ day of _____, 2024, upon consideration of Plaintiffs' Unopposed Motion to Stay Deadline to File Fee Petition under Fed. R. Civ. P. 54, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. **ACCORDINGLY**, the deadline to file a petition for attorneys' fees is stayed and the parties shall confer and propose a briefing schedule on any fee petition within 30 days after (i) the Supreme Court renders a decision in this case, if it grants certiorari; (ii) the Supreme Court denies certiorari; or (iii) the time for filing a petition for certiorari passes if the State declines to seek certiorari.

BY THE COURT:

_____
Hon. William S. Stickman IV
United States District Judge