IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON M. LARA, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> COL. ROBERT EVANCHICK, <br> Commissioner of Pennsylvania State Police, <br><br> Defendant. | Civil Action No. 2:20-cv-01582 |

### ORDER

AND NOW, this 1 day of May, 2024, upon consideration of Plaintiffs' Unopposed Motion to Stay Deadline to File Fee Petition under Fed. R. Civ. P. 54, **IT IS HEREBY ORDERED** that said Motion is **GRANTED. ACCORDINGLY,** the deadline to file a petition for attorneys' fees is stayed and the parties shall confer and propose a briefing schedule on any fee petition within 30 days after (i) the Supreme Court renders a decision in this case, if it grants certiorari; (ii) the Supreme Court denies certiorari; or (iii) the time for filing a petition for certiorari passes if the State declines to seek certiorari.

BY THE COURT:

/s/ William S. Stickman

Hon. William S. Stickman IV
United States District Judge