**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MADISON M. LARA, SOPHIA KNEPLEY, LOGAN D. MILLER, SECOND AMENDMENT FOUNDATION, INC. and FIREARMS POLICY COALITION, | } | No. 2:20-cv-01582-WSS |
| | } | Judge Stickman |
| Plaintiff, | } | |
| vs. | } | |
| LT. COL. GEORGE BIVENS, Acting Commissioner of Pennsylvania State Police, | } | |
| | } | ***Electronically Filed.*** |
| Defendant. | } | |

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's Order, Doc. 63 (July 23, 2026), Plaintiffs hereby notify the Court that the Plaintiffs and State are in ongoing negotiations over attorneys' fees related to this matter and the stay entered by this Court should remain in place.

Dated: September 23, 2026

Respectfully submitted,

Joshua Prince, Esq.
Attorney Id. No. 306521
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
joshua@princelaw.com
(610) 845-3803
610) 400-8439 (fax)

/s/ *David H. Thompson*
David H. Thompson*
Peter A. Patterson*
John D. Ohlendorf*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Appearing *pro hac vice*

*Attorneys for Plaintiffs*